FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 0 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr71.1 |
| | § | (Judge Schell/Judge Bush) |
| JUAN BENITO CALBO-GOMEZ | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

As Defendant has waived his right to object, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of eighteen (18) months, to be served

consecutively to any other term, with no supervised release to follow.

**SIGNED** this 9th day of April, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE